# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157728

WAYNE A. SMITH,
            Petitioner-Appellant,

v

TOWNSHIP OF FORESTER,
            Respondent-Appellee.

SC: 157728
COA: 335644
MTT: 15-004331-TT

_____/

On order of the Court, the application for leave to appeal the February 13, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



d1017

Clerk